NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENDRICK WILLIAMS,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3113

---

Petition for review of an arbitrator's decision in FMCS No. 10-50903 by Sidney S. Moreland.

---

**ON MOTION**

---

**ORDER**

Kendrick Williams moves for a 7-day extension of time, until September 22, 2011 to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__SEP 2 1 2011__          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk

cc: Aaron L. Martin, Esq.
    Hillary A. Stern, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 1 2011

**JAN HORBALY**
**CLERK**